```
                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF GEORGIA
                             ATHENS DIVISION
```

SAMANTHA WRIGHT and M.G., a            *
minor, by and through her parent
and natural guardian, Samantha         *
Wright,
                                       *
    Plaintiffs,
                                       *      CASE NO. 3:23-CV-93 (CDL)
vs.
                                       *
SAI HOTELS, LLC and CHETAN PATEL,
                                       *
    Defendants.
                                       *

## O R D E R

Plaintiffs brought this action against Defendants under the Fair Labor Standards Act.  Presently pending before the Court is the parties' Joint Motion for Approval of FLSA Settlement Agreement.  The Court finds that the agreed-upon terms and conditions of settlement of this FLSA litigation, as set forth in the Joint Motion and the corresponding attachments, are reasonable under the circumstances and constitute a fair settlement of a bona fide dispute between the parties.  Accordingly, the Court hereby GRANTS the joint motion for approval (ECF No. 11), and the Settlement is APPROVED.  This action is dismissed.

IT IS SO ORDERED, this 4th day of March, 2024.

                                    s/Clay D. Land
                                    CLAY D. LAND
                                    U.S. DISTRICT COURT JUDGE
                                    MIDDLE DISTRICT OF GEORGIA