IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SAMANTHA WRIGHT and M.G., a minor, by and through her parent and natural guardian, Samantha Wright, <br><br> Plaintiffs, <br><br> v. <br><br> SAI HOTELS, LLC and CHETAN PATEL, <br><br> Defendants. | * <br> * <br> Case No.  3:23-cv-93 (CDL) <br> * <br> * <br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 4, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of March, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk